JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE G., | CASE NO. EDCV-23-00619-AGR |
| Plaintiff, | |
| vs. | JUDGMENT |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff, the decision of the Commissioner is reversed and this matter is remanded for further proceedings at step five of the sequential analysis.

DATED: April 24, 2024

_____
ALICIA G. ROSENBERG
United States Magistrate Judge